Alfred G. Rava, SBN 188318
RAVA LAW FIRM
3667 Voltaire Street
San Diego, CA 92106
Phone: 619-238-1993
Email: alrava@ravalaw.com

Attorney for Plaintiffs Steve Frye and Jackie Durazo

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE FRYE and JACKIE DURAZO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>NATIONAL RIFLE ASSOCIATION OF AMERICA; and DOES 1 through 20, Inclusive,<br>Defendants. | Case No.<br><br>**NOTICE OF RELATED CIVIL CASES** |

**NOTICE OF RELATED CIVIL CASES**

Pursuant to Local Rule 83-1.3, Plaintiffs Steve Frye and Jackie Durazo file this Notice of Related Civil Cases, and show this Court as follows:

On October 7, 2024, male plaintiffs Bert Riddick and Luciano Alexandre filed an action in this Court against the National Rifle Association of America ("NRA") alleging violations of California Civil Code sections 51, 51.5, and 51.6 for sex discrimination based on the NRA's sex-based pricing for charging male, female, and nonbinary persons different prices for the same type of NRA memberships based on a person's sex (hereinafter, the "*Riddick Case*"). The *Riddick Case* is styled as *Riddick et al. v.*

*National Rifle Association of America*, United States District Court for the Central District of California Case Number 2:24-cv-08596-SRM-PVC, assigned to the Honorable Serena Murillo, and is ongoing.

This above captioned case (hereinafter, the "*Frye* Case") is being filed by male Plaintiff Steve Frye and female Plaintiff Jackie Durazo against the NRA for the same violations of California Civil Code sections 51, 51.5, and 51.6 for sex discrimination based on the NRA's sex-based pricing for charging male, female, and nonbinary persons different prices for the same type of NRA memberships based on a person's sex, all of which occurred concurrently with the similar sex discrimination alleged in the *Riddick Case*.

Therefore, the *Frye Case* is related to the *Riddick Case* because these two cases:

1. Arise from the same or closely related transactions, happenings, or events;
2. Call for determination of the same or substantially related or similar questions of law and fact; and
3. For other reasons that would entail substantial duplication of labor if heard by different judges.

Dated: September 10, 2026

Respectfully submitted,

/s/ *Alfred G. Rava*
Alfred G. Rava